UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


SIDNEY MARTS,

     Petitioner,

v.                                   Case No. 3:20cv5545-LC-HTC

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

     Respondent.

_____/

ORDER and
REPORT AND RECOMMENDATION

Petitioner, Sidney Marts, proceeding *pro se*, filed a petition under 28 U.S.C. § 2254 by delivering it to prison mail officials on June 8, 2020. ECF Doc. 1.[1] The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the Petition be DISMISSED prior to service and without an evidentiary hearing under Habeas Rule 4 as it plainly appears from the petition that it is an unauthorized successive petition.

---

[1] *See* Habeas Rule 3(d) and *Houston v. Lack*, 487 U.S. 266, 275-76 (1988) (Under the "prison mailbox rule," a pro se prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing.).

## I.    THE PETITION

Marts challenges his conviction in the First Judicial Circuit Court for Escambia County case number 2007-CF-6067.  ECF Doc. 1 at 1.  He states he was found guilty by a jury of three counts: unauthorized use of personal identification, uttering a forged instrument, and grand theft.  *Id.*  He was sentenced on September 3, 2008 to three (3) consecutive five-year terms, for a total of fifteen years.  *Id.*  He filed a timely notice of appeal (1D08-4577), and his conviction was *per curiam* affirmed on December 23, 2009.  *Marts v. State*, 25 So. 3d 1227 (Fla. Dist. Ct. App. 2009).

He raises one ground for relief in this federal petition—that his September 3, 2008 sentence was illegal because of subsequent changes to Florida Statutes and Florida case law.  ECF Doc. 1 at 3.  His argument appears to be the following.  First, on July 1, 2009—while his case was still on direct appeal—the Florida Legislature added the following language to Florida Statute § 775.082, entitled "Penalties; applicability of sentencing structures; mandatory minimum sentences for certain reoffenders previously released from prison":

> (10) If a defendant is sentenced for an offense committed on or after July 1, 2009, which is a third degree felony but not a forcible felony as defined in s. 776.08, and excluding any third degree felony violation under chapter 810, and if the total sentence points pursuant to s. 921.0024 are 22 points or fewer, the court must sentence the offender to a nonstate prison sanction. However, if the court makes written findings that a nonstate prison sanction could present a danger to the

public, the court may sentence the offender to a state correctional facility pursuant to this section.

Fla. Stat. Ann. § 775.082 (West). Petitioner claims that his total sentencing points were 16.8, ECF Doc. 1 at 5, and therefore appears to argue this statute should apply to him, even though his sentence was rendered around ten (10) months before the amendment's effective date. He then argues that the Florida Supreme Court's decision in *Brown v. State*, 260 So. 3d 147, 149 (Fla. 2018), *reh'g denied*, No. SC18-323, 2019 WL 354563 (Fla. Jan. 3, 2019) somehow applies to his case. *Brown* held that § 775.082(10) as amended was unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466 (2000) and its progeny because it allows a judge, rather than a jury, to make the "danger to the public" finding supporting a state prison sanction rather than a nonstate prison sanction.

In sum, Marts appears to argue that a statutory amendment that was not applied to him at sentencing should have been because it was passed while his case was on appeal but that had the judge attempted to apply it, such application would have been unconstitutional because the jury, not a judge, must decide such a factual issue. Because of all this, Marts concludes, "established legislation at 775.082(10) and subsequent thereof renders current sentence void ab initio, which gives this court authority to address a void judgment at any time." ECF Doc. 1 at 17. He also asserts that he has no effective remedy in the state system because he has been barred from filing postconviction challenges to this conviction because he had filed so many

challenges found to be frivolous.  *Id.* at 10 (citing 134 So.3d 929 (Fla. 1st DCA 2012)).

## II.    DISMISSAL UNDER HABEAS RULE 4

Under Habeas Rule 4, "[t]he clerk must promptly forward the petition to a judge under the court's assignment procedure, and the judge must promptly examine it.  Rule 4 requires district courts to dismiss § 2254 petitions without ordering the State to respond "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief."  *Paez v. Sec'y, Fla. Dep't of Corr.*, 947 F.3d 649 (11th Cir. 2020).  Such *sua sponte* dismissal under Rule 4 serves to "eliminate the burden that would be placed on the respondent by ordering an unnecessary answer."  Rules Governing § 2254 cases, R. 4 (advisory committee notes).

A dismissal under Rule 4 may be appropriate both on the merits and a finding that the petition is procedurally barred.  *Paez*, 947 F.3d at 649; *Blackmon v. Sec'y of Fla. Dep't of Corr.*, No. 3:20CV5454-LC-HTC, 2020 WL 3978403, at *1 (N.D. Fla. June 16, 2020), *report and recommendation adopted*, No. 3:20CV5454-LC-HTC, 2020 WL 3977941 (N.D. Fla. July 14, 2020) (dismissing petition under Rule 4 on grounds that court lacked jurisdiction over unauthorized second or successive petition); *McMillan v. Cooks*, 2018 WL 6835918, at *1 (S.D. Ala. Nov. 16, 2018) (same); *Roberts v. Noe*, 2019 WL 1905176, at *1 (N.D. Ala. Apr. 15, 2019) (same).

In determining whether to dismiss a habeas petition under Rule 4, a court may properly take judicial notice of the state and federal court dockets. *Paez*, 947 F.3d at 649. Court records comply with the requirements of Federal Rule of Evidence 201, which permits a court to "judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see Paez*, 947 F.3d at 649 (citing *Cunningham v. Dist. Att'y's Office*, 592 F.3d 1237, 1255 (11th Cir. 2010).

Thus, as an initial matter, the undersigned will take judicial notice of Marts' prior federal cases and the state court records pertaining to his underlying conviction and appeal, identified by case number 2007-CF-6067, filed in Escambia County, and case number 1D08-4577, filed with the First District Court of Appeal. Additionally, the Court will instruct the clerk to post as exhibits to this Report and Recommendation those portions of the court records which the undersigned considered in recommending this dismissal. *Id.* ("We think the best practice would be to include copies of any judicially noticed records as part of the Order that relies upon them, so as to ensure the inmate receives them.").

## III. ANALYSIS

Marts admits this is not his first federal petition attacking the conviction at issue here. Question 13 of the form petition filed by Marts, asks "Have you

previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?" ECF Doc. 1 at 16. In response, Marts checked "Yes." Although Marts did not provide any other case identifying information, as requested on the form, Marts does state that "The issue was raised partially by second or successive habeas corpus application with Eleventh Circuit. The Court never address[ed] merits." *Id.*

A review of the electronic dockets in this District shows that Marts has filed *many* previous petitions regarding the same conviction at issue here arising from Escambia County Case Number 2007-CF-6067, most of which have been denied as successive petitions. The undersigned takes judicial notice of the following cases. In *Marts v. Tucker*, Case No. 3:10-cv-240-LC/EMT, Marts filed a § 2254 petition challenging the same state court judgment on various grounds, including that it violated the Double Jeopardy Clause. *See* Case No. 3:10-cv-240-LC/EMT, Doc. 47. This Court denied the petition on the merits on May 17, 2012. *Id.*, Docs. 73, 79, 80. The Eleventh Circuit denied Marts' motion for a certificate of appealability on October 18, 2012. *Id.*, Doc. 87.

Also, in *Marts v. Secretary*, 3:18-cv-02378-MCR-MJF, the Court dismissed his petition as the latest in a series of unauthorized successive petitions. *See* 3:18-cv-02378-MCR-MJF, Docs. 4 & 6. Similarly, in *Marts v. Jones*, 3:17-cv-00260-LC-GRJ, ECF Docs. 7 & 9, the Court dismissed the petition as an unauthorized

successive petition.  *See also Marts v. Secretary, Fla. Dep't of Corrections*, No. 3:13-cv-399-RVEMT (N.D. Fla. Sept. 8, 2015) (discussing several prior petitions challenging the same conviction and sentence and dismissing the petition as an unauthorized successive petition).

Under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), before filing a second or successive § 2254 petition in the district court, a prisoner "shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."  28 U.S.C. § 2244(b)(3)(A).  Absent authorization from the Eleventh Circuit, a second petition is subject to dismissal as an improper or successive petition.  Indeed, a district court lacks jurisdiction to consider a "second or successive" habeas corpus petition that was not previously authorized by an appellate court.  *See Burton v. Stewart*, 549 U.S. 147, 152, 157 (2007) (holding that the district court lacked jurisdiction to entertain a second habeas petition because prisoner failed to obtain an order from the court of appeals authorizing him to file the petition); *Fugate v. Dep't of Corr.*, 301 F.3d 1287, 1288 (11th Cir. 2002) (same).

Marts does not assert that he has received authorization from the Eleventh Circuit to file this successive petition.  Instead, Marts argues that the Court has "authority to address a void judgment at any time."  ECF Doc. 1 at 17.  Marts,

however, does not cite any legal support for this proposition and the undersigned is unable to find any that exists.

To the contrary, this argument has been rejected. For example, in *United States v. Mazun*, 369 F. App'x 876 (10th Cir. 2010), after having unsuccessfully filed a § 2255 motion, the petitioner filed a Rule 60(b)(4) motion arguing that the district court's failure to "submit to the jury an essential element of the crime—the type of drugs and the drug quantity—is a jurisdictional defect which renders [the district court's] judgment void" *Id.* at 877. The district court denied the motion, and the appellate court reversed, finding that the district court lacked jurisdiction to deny the motion because the motion was really a successive § 2255 petition. *Id.* at 878.

Indeed, courts in this district have rejected a similar argument that a state court's lack of jurisdiction to enter a judgment may be raised at any time despite the AEDPA's statutory time limitations. *See, e.g., Johnny Drawdy v. Sec'y, Dep't of Corr.*, No. 809-CV-1993-T-30AEP, 2009 WL 3644626, at *2 (M.D. Fla. Nov. 2, 2009) ("There is no exception under AEDPA's statute of limitation for a § 2254 claim that the state court lacked subject matter jurisdiction.") (citing *Johnson v. Jones,* 2006 U.S. Dist. LEXIS 97534, 2006 WL 2092601, 2 (M.D. Ala., 2006)); *Carpenter v. Motley,* 2007 U.S. Dist. LEXIS 93194, 10–11, 2007 WL 4553340 (W.D. Ky. Dec. 18, 2007) ("AEDPA does not extend the time limit for raising state jurisdictional claims.")); *Haliym v. Mitchell*, 492 F.3d 680, 696 (6th Cir. 2007)

(applying AEDPA procedural rules to claim that "trial court was without jurisdiction to try him" and finding claim procedurally defaulted); *Morales v. Jones*, 417 F. App'x 746, 749 (10th Cir. 2011) (finding 2254 petition untimely, rejecting argument that "subject matter jurisdiction can never be waived and therefore [petitioner] can never be barred from raising the issue" and holding "[t]his argument is without support in the law.").

Thus, the undersigned finds, based on the face of the petition, and Marts' prior filings, of which the Court takes judicial notice, that this petition is a successive petition and should be dismissed for lack of jurisdiction.

## IV.    CONCLUSION

### A.    *Sua Sponte* Dismissal Is Appropriate Since the Report and Recommendation Provides Notice and an Opportunity to Be Heard

Because the amended petition is an unauthorized successive petition, the petition should be dismissed *sua sponte*.    A court does not err by *sua sponte* dismissing a § 2254 petition as long as it gives petitioner notice of its decision and an opportunity to be heard in opposition.    *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019) (holding that the district court did not err by *sua sponte* dismissing plainly untimely § 2254 petition where the court provided the petitioner with "adequate notice and an opportunity to respond" (quotation marks omitted)).

This Report and Recommendation provides Marts an opportunity to file objections and, thus, affords him both notice and a reasonable opportunity to

respond.  *Paez*, 947 F.3d at 649 (the petitioner was "provided ample notice and opportunity to explain why his petition was timely in his form petition and again when he was given the opportunity to respond to the magistrate judge's Report and Recommendation that his petition be summarily dismissed as untimely") (citing *Magouirk v. Phillips*, 144 F.3d 348, 359 (5th Cir. 1998) (holding that plaintiff "was afforded both notice and a reasonable opportunity to oppose" procedural default when he was given an opportunity to object to the magistrate judge's Report and Recommendation that "placed [him] on notice that procedural default was a potentially dispositive issue")).

Additionally, the undersigned will also direct the clerk to provide the Secretary and the Attorney General's office a copy of the petition and this Report and Recommendation so that the Secretary will also have an opportunity to respond to the Report and Recommendation if he wishes.  *See Paez*, 947 F.3d at 649.

### B.    An Evidentiary Hearing Is Not Warranted

The undersigned also finds that an evidentiary hearing is not warranted.  In deciding whether to grant an evidentiary hearing, this Court must consider "whether such a hearing could enable an applicant to prove the petition's factual allegations, which, if true, would entitle the applicant to federal habeas relief."  *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007).  Here, whether Marts' petition is successive

does not turn on any contested factual issue.  Therefore, an evidentiary hearing would not assist in entitling him to relief and is not warranted.

### C.    Certificate of Appealability

Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts provides: "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  If a certificate is issued, "the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)."  28 U.S.C. § 2254 Rule 11(a).  A timely notice of appeal must still be filed, even if the court issues a certificate of appealability.  28 U.S.C. § 2254 Rule 11(b).

After review of the record, the Court finds no substantial showing of the denial of a constitutional right.  § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (explaining how to satisfy this showing) (citation omitted).  Therefore, it is also recommended that the district court deny a certificate of appealability in its final order.

The second sentence of Rule 11(a) provides: "Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue."  Rule 11(a), Rules Governing Section 2254 Cases.  If there is an objection to this recommendation by either party, that party may bring such argument to the

attention of the district judge in the objections permitted to this report and recommendation.

Accordingly, it is ORDERED:

1.    The clerk shall serve a copy of the petition (ECF Doc. 1) and this Order and Report and Recommendation to the Respondent, Secretary of the Florida Department of Corrections, Mark Inch, by providing a copy of same to the Secretary and to the Florida Attorney General.  Despite such service of the petition, under Rule 4 of the Rules Governing § 2254 Cases and because the recommendation is that the amended petition be dismissed, the Respondent may, but does not have to, file an answer, motion, or other response.

2.    The clerk shall file, as an attachment to this Order and Report and Recommendation, a copy of the docket in Escambia County Case Number 2007-CF-6067 and First DCA case number 1D08-4577.

Additionally, it is respectfully RECOMMENDED:

1.    That the petition, ECF Doc. 1, be DISMISSED under Habeas Rule 4.

2.    That a certificate of appealability be DENIED.

3.    That the clerk be directed to close the file.

At Pensacola, Florida, this 12th day of August, 2020.

_/s/ Hope Thai Cannon_
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

☐ Summary   ☐ History   ☐ Payment Plans   ☐ Charges   ☐ Citations   ☐ Bonds   ☐ Emails (0)

← Previous (../Details/2290332?digest=F/RsLqreE/IiCNZI6hL7hQ&selectLastTab=true&courtdocketurl=)

### ⊟ SUMMARY

**Judge:** BERGOSH, GARY L

**Case Number:** 2007 CF 006067 A

**Clerk File Date:** 12/10/2007

**Total Fees Due:** 668.00

**Agency Report Number:** 07-014378

**Court Type:** FELONY

**Uniform Case Number:** 172007CF006067XXXAXX

**Status Date:** 4/16/2019

**Booking Number:**

**Custody Location:**

**Case Type:**

**Status:** CLOSED

**Waive Speedy Trial:** ☐

**Agency:** PENSACOLA POLICE DEPARTMENT

### ⊟ PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | MARTS, SIDNEY JR (/BMWebLatest/Party.aspx/Index /7375259?caseId=1309887&digest=RBsf2lkIivjCN6wYfBvTGQ) | 👤 SELF, REPRESENTED (Main Attorney) (/BMWebLatest/Party.aspx/Index /3110826?caseID=1309887&digest=7J%2BTC.mllrq%2Fc1xY4PlTCUQ) |
| DEFENDANT | MARTS, SIDNEY JR (/BMWebLatest/Party.aspx/Index /7375259?caseId=1309887&digest=RBsf2lkIivjCN6wYfBvTGQ) | 👤 PD, PUBLIC DEFENDER (Main Attorney) (/BMWebLatest/Party.aspx/Index /86689470?caseID=1309887&digest=yYQDVBnLL33TG92SW0rnBQ) |
| PLAINTIFF | STATE OF FLORIDA | |

### ⊟ CHARGES

| | COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|---|
| ⊞ | 1 | FRAUD IMPERSON-USE/POSS ID OF ANOTHER PERSON WO CONSENT (817.568(2)) | F | T | | GUILTY [G] | 09/03/2008 |
| ⊞ | 2 | UTTERING A FORGED INSTRUMENT (831.02) | F | T | | GUILTY [G] | 09/03/2008 |
| ⊞ | 3 | GRAND THEFT $300 OR MORE BUT LESS THAN $5000 (812.014(2c1)) | F | T | | GUILTY [G] | 09/03/2008 |
| ⊞ | 4 | RESISTING ARREST WITHOUT VIOLENCE (843.02) | M | F | | GUILTY [G] | 09/03/2008 |
| ⊞ | 5 | POSSESS COUNTERFEITED-DRIVERS LICENSE (322.212(1)) | F | T | | NOFILE/NO PROSECUTION | 12/21/2007 |
| ⊞ | 6 | COUNTERFEITING OF-BANK BILL OR PROMISSORY NOTE (831.07) | F | T | | NOFILE/NO PROSECUTION | 12/21/2007 |

### ⊟ EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 9/2/2008 9:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases /35538?digest=UkMrpcMVuYBXXCxEnzXg%2BA) | BELL, FRANK L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 8/21/2008 9:00 AM | DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases /35800?digest=OD6GbcgD2%2BdzvNXCad1igQ) | BELL, FRANK L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 7/21/2008 2:45 PM | CRIMINAL PLEAS & MOTIONS (/BMWebLatest/CourtDocket.aspx/Cases /36535?digest=cwHvFhxyPNQdvrSkVQtsYg) | BELL, FRANK L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/25/2008 9:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases /40101?digest=vB9OOdegipBvg1IrJOFG6Q) | BELL, FRANK L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/14/2008 9:00 AM | DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases /40353?digest=PEcMPT57FkQDaUd16C8Myw) | BELL, FRANK L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 12/28/2007 9:00 AM | ARRAIGNMENTS (/BMWebLatest/CourtDocket.aspx/Cases /41454?digest=cUnXDdvceD9rAajhcM7Mtg) | KINSEY, JENNIE | M.C. BLANCHARD JUDICIAL BUILDING | |

### ⊟ OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| | CF22 | FELONY COURT COSTS | $518.00 | $0.00 | $0.00 | $518.00 | | |
| | CF55 | INDIGENT PD APPLICATION FEE $50 | $50.00 | $0.00 | $0.00 | $50.00 | | |
| | CF61 | PUBLIC DEFENDER/ATTY COSTS F.S. 938.29 | $100.00 | $0.00 | $0.00 | $100.00 | | |
| | | | | | Total Outstanding: | $668.00 | | |

### ⊟ RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| | No Receipts on Case | |

### ⊟ CASE DOCKETS

| IMAGE | DATE | ENTRY |
|---|---|---|
| Request | 12/19/2019 | PETITION FOR WRIT OF HABEAS CORPUS |
| Request | 12/19/2019 | REQUEST FOR COURT TO TAKE JUDICIAL NOTICE |
| Request | 12/19/2019 | NOTICE OF INQUIRY |
| Request | 11/25/2019 | SUPPLEMENT OF EXHIBITS TO POST CONVICTION APPLICATION |
| Request | 11/18/2019 | REQUEST FOR COURT TO TAKE JUDICIAL NOTICE |
| Request | 10/30/2019 | REQUEST FOR COURT TO TAKE JUDICIAL NOTICE |
| Request | 10/30/2019 | SECOND OR SUCCESSIVE POST CONVICTION |
| Request | 4/16/2019 | ORDER STRIKING PRO SE FILING |
| Request | 4/11/2019 | PRO SE MOTION TO REINSTATE APPLICATION FO HABEAS CORPUS / MOTION TO RECONSIDER / MOTION FOR APPOINTMENT OF COUNSEL |
| Request | 3/15/2019 | ORDER STRIKING PRO SE FILING |
| Request | 2/27/2019 | NOTICE OF INQUIRY- COPY |
| Request | 2/25/2019 | NOTICE OF INQUIRY |

| IMAGE | DATE | ENTRY |
|---|---|---|

| | ENTRY DATE | ENTRY |
|---|---|---|
| Request | 1/25/2019 | ORDER FROM SUPREME COURT OF FLORIDA FINDING THAT THE PETITION FOR WRIT OF HABEAS CORPUS IS A FRIVOLOUS PLEADING #SC18-1679 |
| Request | 1/24/2019 | ORDER FROM SUPREME COURT OF FLORIDA CHANGING THE STYLE OF THE CASE #SC18-1679 |
| Request | 12/20/2018 | SUPREME COURT OF FLORIDA CERTIFIED OPINION SC# 18-1163 |
| Request | 4/18/2018 | DEFENDANT'S REQUEST FOR DOCUMENTS-NO ACTION TAKEN SEE ORDER DATED 1/20/17 |
| Request | 1/30/2018 | RESPONSE TO DEFENDANT'S REQUEST FOR DOCUMENTS-MAILED DEFENDANT A COPY OF THE ORDER FROM 1/20/2017 |
| Request | 1/26/2018 | DEFENDANT'S REQUEST FOR DOCUMENTS-NO ACTION TAKEN SEE ORDER 1/20/2017 |
| Request | 1/26/2018 | COPY OF MOTION FOR REHEARING W/ MOTION TO VOLUNTARY DISMISS HABEAS CORPUS FILED WITH SUPREME COURT |
| Request | 8/2/2017 | ORDER FROM DISTRICT COURT TAKING NO ACTION ON THE PETITION FOR WRIT OF NUNC PRO TUNC RECEIVED AUGUST 1, 2017, PETITION IS FRIVOLOUS AND FILED IN VIOLATION OF THIS COURT'S JANUARY 24, 2011 OPINION DCA# 1D10-5713 |
| Request | 5/22/2017 | ORDER FROM SUPREME COURT OF FLORIDA DENYING PETITION FOR WRIT OF MANDAMUS #SC17-0575 |
| Request | 5/22/2017 | NOTICE OF CHANGE OF ADDRESS |
| Request | 5/4/2017 | PRO SE MOTION TO VACATE - NO ACTION TAKEN - SEE ORDER FILED 1/20/17 |
| Request | 5/4/2017 | PRO SE MOTION TO CORRECT SENTENCE - NO ACTION TAKEN - SEE ORDER FILED 1/20/17 |
| Request | 5/4/2017 | PRO SE MOTION TO REASSIGN CASE - NO ACTION TAKEN - SEE ORDER FILED 1/20/17 |
| Request | 4/10/2017 | COPY OF MOTIONS FILED WITH THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT |
| Request | 4/7/2017 | SUPREME COURT OF FLORIDA ACKNOWLEDGMENT OF NEW CASE RECEIPT LETTER FILED, SC# SC17-575 |
| Request | 2/10/2017 | PRO SE MOTION TO VACATE JUDGMENT (NO RESPONSE NEEDED - SEE ORDER FILED 1/20/17) |
| Request | 2/10/2017 | PRO SE MOTION TO REASSIGN CASE TO CIVIL DIVISION (NO RESPONSE NEEDED - SEE ORDER FILED 1/20/17) |
| Request | 1/20/2017 | ORDER DIRECTING CLERK OF COURT TO FILE PLEADING WITHOUT FURTHER RESPONSE |
| Request | 11/22/2016 | PETITION FOR WRIT OF MANDAMUS |
| Request | 10/25/2016 | NOTICE OF INQUIRY |
| Request | 10/25/2016 | ADDENDUM TO HABEAS CORPUS APPLICATION FILED WITHOUT RESPONSE |
| Request | 10/17/2016 | PRO SE MOTION TO/FOR VACATE AND MOTION TO DISQUALIFY WITH AFFIDAVIT FILED - FILED WITHOUT RESPONSE |
| Request | 10/4/2016 | RESPONSE TO DEFENDANT'S NOTICE OF INQUIRY |
| Request | 10/4/2016 | NOTICE OF INQUIRY |
| Request | 9/22/2016 | NOTICE OF INQUIRY - NO RESPONSE NEEDED FROM CLERK; SENDING DEFENDANT ORDER FROM 7/13/16 |
| Request | 8/30/2016 | ORDER FROM SUPREME COURT OF FLORIDA DISMISSING PETITION FOR WRIT OF HABEAS CORPUS #SC16-1165 |
| Request | 8/26/2016 | ORDER FROM SUPREME COURT OF FLORIDA DISMISSING PETITION FOR WRIT OF MANDAMUS #SC16-1114 |
| Request | 8/23/2016 | SECOND ADDENDUM TO HABEAS CORPUS |
| Request | 8/18/2016 | PRO SE MOTION FOR LEAVE TO AMEND HABEAS CORPUS WITH MOTION FOR PRODUCTION OF TRANSCRIPT AND TO TRANSCRIBE TRANSCRIPT |
| Request | 8/18/2016 | ADDENDUM TO HABEAS CORPUS |
| Request | 7/13/2016 | ORDER DIRECTING CLERK OF COURT TO FILE PLEADINGS WITHOUT FURTHER RESPONSE |
| Request | 7/11/2016 | SUPREME COURT OF FLORIDA RECEIPT LETTER FILED, SC # 16-1165 |
| Request | 6/29/2016 | SUPREME COURT RECEIPT LETTER FILED, SC # SC16-1114 |
| Request | 6/20/2016 | RESPONSE TO DEFENDANT'S NOTICE OF INQUIRY |
| Request | 6/20/2016 | NOTICE OF INQUIRY FILED |
| Request | 6/2/2016 | PRO SE PETITION FOR WRIT OF HABEAS CORPUS ORIGINALLY FILED IN CIRCUIT CIVIL, 4/22/2016, BUT TRANSFERRED TO FELONY CASE 2007 CF 6067 PER ORDER DATED 6/2/2016 |
| Request | 6/2/2016 | ORDER TRANSFERRING PETITITON FOR WRIT OF HABEAS CORPUS AND DIRECTIONS TO THE CLERK (2016 CA 653 TRANSFERRED BACK TO THIS CASE) |
| | 6/2/2016 | JUDGE DICKEY |
| Request | 4/19/2016 | COPY OF CORRESPONDENCE FROM JON S. WHEELER FIRST DISTRICT COURT OF APPEALS DEFENDANT MUST HAVE ALL FILINGS FILED BY A ATTORNEY LICENSED TO PRACTICE BY THE FLORIDA BAR |
| Request | 4/7/2016 | PRO SE MOTION TO CORRECT SENTENCE DEFENDANT PROHIBITED FROM FILING PRO SE SEE ORDER FROM 5/2/13 |
| Request | 9/9/2015 | NOTICE OF INQUIRY FILED ANSWERED 9/3/2015 |
| Request | 9/3/2015 | RESPONSE TO DEFENDANT'S PRO SE MOTION REQUESTING THE STATUS OF THE APPLICATION |
| Request | 9/3/2015 | PRO SE MOTION REQUESTING THE STATUS OF THE APPLICATION |
| Request | 4/2/2015 | PRO SE MOTION TO/FOR JAIL CREDITS FILED - DEFT PROHIBITED FROM FILING PRO SE SEE ORDER OF 5/2/2013 |
| Request | 3/30/2015 | FILED ORDER FROM SUPREME COURT DISMISSING WRIT OF MANDAMUS, SC# 14-2425 |
| 📄 1 | 1/8/2015 | NOTICE OF APPEARANCE OF COUNSEL FILED IN THE PORTAL REJECTED BY THE CLERK DUE TO LACK OF SIGNATURE, ATTORNEY NOTIFIED VIA E-MAIL 1/8/2015 TO REFILE. |
| Request | 12/22/2014 | FILED ACKNOWLEDGMENT OF NEW CASE FROM SUPREME COURT#14-2425 |
| Request | 12/15/2014 | FILED COPY OF APPLICATION FOR WRIT OF MANDAMUS, ORIGINAL FILED WITH SUPREME COURT |

| | DATE | ENTRY |
|---|---|---|
| Request | 12/4/2014 | PRO SE MOTION FOR EVIDENTIARY HEARING- FILED, DEFENDANT PROHIBITIED FROM PRO SE FILINGS, SEE ORDER OF 5/2/2013 |
| Request | 12/4/2014 | PRO SE APPLICATION FOR WRIT OF HABEAS CORPUS- FILED, DEFENDANT PROHIBITED FROM PRO SE FILINGS, SEE ORDER OF 5/2/2013 |
| Request | 10/20/2014 | FILED ORDER FROM SUPREME COURT DISMISSING WRIT OF HABEAS CORPUS, SC# 14-981 |
| Request | 5/28/2014 | SUPREME COURT RECEIPT LETTER FILED, SC #14-981 |
| Request | 4/21/2014 | FILED ORDER FROM SUPREME COURT DENYING PETITIONERS MOTION FOR REHEARING, SC13-2134 |
| Request | 3/17/2014 | SUPREME COURT RECEIPT LETTER FILED, SC #13-2134 |
| Request | 2/3/2014 | ORDER FROM SUPREME COURT DENYING MOTION FOR REHEARING, SUPREME COURT CASE #SC13-1142 |
| Request | 1/31/2014 | ORDER FROM SUPREME COURT DENYING MOTION FOR REHEARING SC12-1142 |
| Request | 1/27/2014 | ORDER FROM SUPREME COURT DISMISSING SUPREME COURT CASE # SC13-2134 |
| Request | 1/22/2014 | FILED ORDER FROM SUPREME COURT DENYING PETITIONERS MOTION FOR REHEARING- SC13-616 |
| Request | 11/21/2013 | AMENDED SUPREME COURT RECEIPT LETTER FILED, SC13-2134 |
| Request | 11/15/2013 | SUPREME COURT RECEIPT LETTER FILED, #SC13-2134 |
| Request | 10/10/2013 | ORDER FROM SUPREME COURT DISMISSING CASE # SC13-1142 |
| Request | 7/25/2013 | ORDER FROM SUPREME COURT DISMISSING CASE # SC13-616 |
| Request | 7/1/2013 | SUPREME COURT RECEIPT LETTER FILED, SC #13-1142 |
| Request | 5/15/2013 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED FILED |
| Request | 5/15/2013 | INITIAL BRIEF FILED- TITLED SUPREME COURT OF FLORIDA |
| Request | 5/15/2013 | NOTICE OF APPEAL- STYLE IN SUPREME COURT, NOA MAILED TO SUPREME COURT ON 5/21/2013 |
| Request | 5/2/2013 | ORDER PROHIBITING FUTURE PRO SE' FILINGS |
| Request | 5/2/2013 | ORDER DENYING DEFENDANT'S PRO SE' MOTION FOR REHEARING |
| Request | 3/8/2013 | FILED TRAVERSE/RESPONSE TO ORDER TO SHOW CAUSE |
| Request | 3/6/2013 | PRO SE MOTION TO ALTER/AMEND JUDGMENT/W/ PETITION FOR REHEARING |
| | 2/18/2013 | REOPENED CASE CLOSED |
| Request | 2/18/2013 | ORDER TO SHOW CAUSE DIRECTING THE DEFENDANT TO RESPOND WITHIN 30 DAYS WHY DEFENDANT SHOULD NOT BE PROHIBITED FROM FILING ADDITIONAL PLEADING UNLESS REVIEWED BY AN ATTORNEY |
| Request | 2/18/2013 | ORDER DENYING PRO SE MOTIONS |
| Request | 12/10/2012 | RESPONSE LETTER TO DEFENDANT |
| Request | 11/20/2012 | SECOND ADDENDUM TO PETITION FOR REHEARING |
| Request | 11/19/2012 | PRO SE PETITION FOR REHEARING |
| Request | 11/19/2012 | NOTICE OF INQUIRY FILED |
| Request | 10/25/2012 | PRO SE REQUEST FOR AN EVIDENTIARY HEARING |
| Request | 10/22/2012 | PRO SE REQUEST FOR EVIDENTIARY HEARING |
| Request | 9/20/2012 | FILE APPLICATION FOR A WRIT OF HABEAS CORPUS PRO SE' |
| Request | 9/6/2012 | PRO SE MOTION TO/FOR CORRECT SENTENCE FILED |
| Request | 6/5/2012 | ORDER FILED DENYING DEFENDANT'S "MOTION TO CORRECT SENTENCE" |
| | 6/5/2012 | JUDGE BERGOSH |
| Request | 5/21/2012 | PRO SE MOTION TO/FOR HEAR AND RULE FILED |
| Request | 4/24/2012 | NOTICE OF INQUIRY FILED |
| Request | 3/26/2012 | PRO SE MOTION TO CORRECT SENTENCE FILED |
| Request | 11/21/2011 | ORDER FILED DENYING MOTION FOR REHEARING |
| | 11/21/2011 | JUDGE GARY BERGOSH |
| Request | 10/24/2011 | PRO SE MOTION TO/FOR ALTER/AMEND-CLARIFY REHEARING FILED |
| Request | 10/18/2011 | ORDER FILED DENYING MOTION TO CORRECT ILLEGAL SENTENCE |
| | 10/18/2011 | JUDGE G. BERGOSH |
| Request | 10/14/2011 | FILED ORDER FROM SUPREME COURT DISMISSING PETITION, SC11-536 |
| | 10/4/2011 | DUE TO THE COLLAPSE OF DIV B' CASE IS REASSIGNED TO DIV N' BY GUMBALL |
| Request | 10/3/2011 | PRO SE MOTION TO/FOR CORRECT SENTENCE WITH MOTION FOR EVIDENTIARY HEARING PURSUANT TO HARRINGTON V-RICHTER 131 S.CT.770, 784-85 (2011) FILED |
| Request | 8/12/2011 | FILED MANDATE AND OPINION FROM DISTRICT COURT- AFFIRMED, DCA# 1D10-4872 |
| Request | 7/28/2011 | FILED MANDATE AND OPINION FROM DISTRICT COURT-AFFIRMED, DCA# 1D10-5808 |
| Request | 6/30/2011 | CORRESPONDENCE FROM DEFENDANT FILED |

| | | ENTRY |
|---|---|---|
| Request | 4/15/2011 | SUPREME COURT ORDER DENIED, SC11-314 |
| Request | 4/4/2011 | ORDER FROM DISTRICT COURT DENYING MOTION TO ALTER/AMEND MOTION TO RECALL MANDATE, DCA# 1D10-5713 |
| Request | 3/24/2011 | FILED ORDER FROM SUPREME COURT CONSOLIDATING CASES FOR APPELLATE PURPOSES AND DISCRETIONARY JUDISDICTION, SC11-536 AND SC11-534 |
| Request | 2/21/2011 | SUPREME COURT OF FLORIDA ACKNOWLEDGEMENT OF NEW CASE SC# 11-314 |
| Request | 2/7/2011 | FILED ORDER FROM DISTRICT COURT DISMISSING APPEAL DCA# 1D10-5761 |
| Request | 2/7/2011 | FILED ORDER FROM DISTRICT COURT DISMISSING APPEAL DCA# 1D10-5778 |
| Request | 1/18/2011 | FILED ORDER FROM DISTRICT COURT REF: CONSOLIDATION/BRIEFS DCA# 1D10-5761, 1D10-5778, 1D10-5808 |
| Request | 11/22/2010 | AFFIDAVIT AND MOTION FOR ORDER OF INSOLVENCY FILED PRO SE- CERTIFICATE OF INDIGENCY ALREADY TRANSMITTED TO DISTRICT COURT DCA# 1D10-5778 |
| Request | 11/19/2010 | FILED ORDER FROM DISTRICT COURT MOTION FOR INSOLVENCY SHOULD BE FILED IN LOWER COURT DCA# 1D10-5778 |
| Request | 11/17/2010 | TRANSMITTED TO DISTRICT COURT APPLICATION FOR CRIMINAL INDIGENT STATUS DCA# 1D10-5778 AND #1D10-5761 |
| Request | 11/9/2010 | FILED ORDER FROM DISTRICT COURT NO FEES REQUIRED DCA# 1D10-4872 |
| Request | 11/5/2010 | COPY OF MOTION FOR ENLARGEMENT OF TIME - ORIGINAL FILED IN DISTRICT COURT DCA# 1D10-5675 |
| Request | 11/4/2010 | AFFIDAVIT OF INDIGENT STATUS FILED WITH CLERK DETERMINING THAT APPLICANT IS INDIGENT |
| Request | 11/4/2010 | ORDER FROM SUPREME COURT OF FLORIDA DENYING PETITION FOR WRIT OF PROHIBITION SC# 10-1932 |
| Request | 11/3/2010 | DISTRICT COURT RECEIPT LETTER FILED, DCA #1D10-5761 (MOTION TO MODIFY) |
| Request | 11/3/2010 | DISTRICT COURT RECEIPT LETTER FILED, DCA # 1D10-5778 -(MOTION TO DISQUALIFY) SHOW CAUSE ORDERS ATTACHED |
| Request | 11/1/2010 | FILED ORDER FROM SUPREME COURT DISMISSING PRO SE PETITION, SC10-2080 |
| Request | 10/27/2010 | SUPREME COURT ORDER DENYING PETITION FOR WRIT OF MANDAMUS SC# 10-1572 |
| Request | 10/27/2010 | SUPREME COURT ORDER TRANSFERING CASE TO FIRST DISTRICT COURT OF APPEALS SC# 10-1934 |
| Request | 10/27/2010 | APPLICATION FOR CRIMINAL INDIGENT STATUS FOR APPEAL MAILED TO DEFENDANT |
| Request | 10/26/2010 | NOTICE OF APPEAL AND RECORD ON APPEAL TRANSMITTED TO DISTRICT COURT,MAILED TO ATTY GENERAL AND DEFENDANT (ON SENTENCE CORRECTION) |
| Request | 10/26/2010 | NOTICE OF APPEAL AND RECORD ON APPEALTRANSMITTED TO DISTRICT COURT, MAILED TO ATTY GENERAL AND DEFENDANT (ON SENTENCE MODIFICATION) |
| Request | 10/26/2010 | NOTICE OF APPEAL AND RECORD ON APPEAL TRANSMITTED TO DISTRICT COURT, MAILED TO ATTY GENERAL AND DEFENDANT (ON MOTION DISQUALIFY) |
| Request | 10/22/2010 | NOTICE OF INQUIRY - UNCLEAR WHAT DEFENDANT IS ASKING FOR - DOCKET PRINT OUT MAILED TO DEFENDANT |
| Request | 10/15/2010 | SUPREME COURT OF FLORIDA ACKNOWLEDGEMENT OF NEW CASE SC#10-1932 |
| Request | 10/1/2010 | FILED AFFIDAVIT AND MOTION FOR ORDER OF INSOLVENCY |
| Request | 10/1/2010 | THREE STATEMENT'S OF JUDICIAL ACTS TO BE REVIEWED (UNIDENTIFIABLE TO MATCH WITH PENDING APPEALS) |
| Request | 10/1/2010 | NOTICE OF APPEAL (MOTION FOR MODIFICATION) |
| Request | 10/1/2010 | NOTICE OF APPEAL (MOTION FOR DISQUALIFICATION OF JUDGE) |
| Request | 10/1/2010 | NOTICE OF APPEAL (MOTION TO CORRECT) |
| Request | 9/21/2010 | ORDER DENYING DEFENDANT'S PRO SE MOTION FOR DISQUALIFICATION OF JUDGE IS LEGALLY INSUFFICIENT. |
| Request | 9/21/2010 | ORDER DENYING DEFENDANT'S PRO SE MOTION FOR MODIFICATION OF SENTENCE. |
| Request | 9/21/2010 | ORDER DENYING DEFENDANT'S PRO SE MOTION TO CORRECT SENTENCE. |
| Request | 9/20/2010 | DISTRICT COURT RECEIPT LETTER FILED, DCA # 1D10-4872 |
| Request | 9/16/2010 | CORRESPONDENCE FILED RE: NOTICE OF APPEAL |
| Request | 9/9/2010 | NOTICE OF APPEAL AND RECORD ON APPEAL MAILED TO DISTRICT COURT |
| Request | 9/3/2010 | AFFIDAVIT AND MOTION FOR ORDER OF INSOLVENCY FILED PRO SE |
| Request | 9/3/2010 | MOTION FOR DISQUALIFICATION (PRO SE) FILED |
| Request | 9/3/2010 | PRO SE MOTION TO CORRECT ILLEGAL SENTENCE FILED |
| Request | 9/3/2010 | PRO SE MOTION FOR REDUCTION/MODIFICATION OF SENTENCE FILED |
| Request | 9/3/2010 | FILED DIRECTIONS TO THE CLERK |
| Request | 9/3/2010 | DESIGNATION TO REPORTER FILED (PRO SE) |
| Request | 9/3/2010 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED FILED (PRO SE) |
| Request | 9/3/2010 | NOTICE OF APPEAL (PRO SE) |
| Request | 8/24/2010 | ORDER DENYING DEFENDANTS" MOTION TO VACATE CONVICTION SET ASIDE SENTENCE BY POST-CONVICTION; "SUPPLEMENT TO FIRST AMENDED POST-CONVICTION;" AND MOTION FOR HEARING" |
| Request | 8/23/2010 | COPY OF ACKNOWLEDGMENT OF NEW CASE FROM SUPREME COURT-PETITIONER'S APPLICATION FOR WRIT OF MANDAMUS |
| Request | 8/10/2010 | COPY OF APPLICATION FOR WRIT OF MANDAMUS FILED PRO SE (ORIGINAL FILED IN SUPREME COURT) |
| Request | 8/10/2010 | NOTICE OF ACTION/WITH MOTION FOR HEARING-NO ACTION NEEDED BY COURT |

| | DATE | ENTRY |
|---|---|---|
| | 6/9/2010 | SUPPLEMENT TO FIRST AMENDED POST-CONVICTION (PRO SE) |
| Request | 6/9/2010 | MOTION TO FILE SUPPLEMENT TO FIRST AMENDED PETITION (PRO SE) |
| Request | 6/2/2010 | MOTION TO VACATE CONVICTION SET ASIDE SENTENCE BY POST-CONVICTION RELIEF FILED PRO SE |
| Request | 4/30/2010 | RESPONSE TO DEFT'S CORRESPONDENCE FILED |
| Request | 4/29/2010 | DEFENDANTS CORRESPONDENCE FILED |
| Request | 4/19/2010 | ORDER FROM SUPREME COURT RE: CONSIDERED THE PETITION FOR ALL WRITS FILED IN THIS COURT AS A PETITION FILED UNDER ANY OR ALL OF THE JURISDICTIONAL BASES DESCRIBED IN ARTICLE V, SECTION 3(B)(3) AND 3 (B)(7)-(9), FLORIDA CONSTITUTION, IT APPEARS THAT THE COURT IS WITHOUT JURISDICTION. PETITION IS HEEBY DISMISSED. NO MOTION FOR REHEARING WILL BE ENTERTAINED BY THE COURT. SC10-117, DCA# 1D08-4577 |
| Request | 3/31/2010 | NOTICE OF INQUIRY FILED - MAILED DEFT PRINTOUT OF DOCKET |
| Request | 3/17/2010 | CORRESPONDENCE FILED-NO ACTION TAKEN PER JUDGE |
| Request | 3/9/2010 | CORRESPONDENCE FILED |
| Request | 3/3/2010 | MOTION FOR RECONSIDERATION/EVIDENTIARY HEARING/JUDGMENT ON PLEADINGS/CLARIFICATION FILED PRO SE. NO ACTION TAKEN. PRIOR ORDER DATED 2/24/10. |
| Request | 2/24/2010 | MOTION TO ENFORCE JUDGMENT FILED PROSE (ORDER ON 3.850 MOTION FILED) |
| Request | 2/24/2010 | ORDER STRIKING DEFENDANTS MOTION FOR POSTCONVICTION RELIEF AND GRANTING LEAVE TO FILE AN AMENDED MOTION |
| Request | 2/24/2010 | ORDER DENYING DEFENDANTS APPLICATION FOR RECUSAL OF JUDGE FRANK BELL |
| Request | 2/15/2010 | APPLICATION FOR RECUSAL OF JUDGE FRANK BELL BY SIDNEY MARTS |
| Request | 2/11/2010 | CORRESPONDENCE FILED RE: STATUS OF POST-CONVICTION RELIEF |
| Request | 2/5/2010 | NOTICE OF INQUIRY FILED RE: MOTION FOR POST-CONVICTION RELIEF/ANSWER TO DEFENDANT'S LETTER WAS ADDRESSED ON 2/4/10. |
| Request | 2/4/2010 | NOTICE OF INQUIRY FILED RE: STATUS OF POST-CONVICTION RELIEF/REPLY LETTER |
| Request | 1/29/2010 | SUPREME COURT RECEIPT LETTER FILED, DCA # SC10-117 FOR PRO SE PETITION TO INVOKE ALL WRITS JURISDICTION |
| Request | 1/22/2010 | FILED MANDATE & OPINION FROM DISTRICT COURT AFFIRMED. DCA# 1D08-4577 |
| Request | 1/20/2010 | MOTION FOR POST CONVICTION RELIEF FILED SIDNEY MARTS (PRO SE) |
| Request | 1/14/2010 | ORDER FROM DISTRICT COURT DISMISSING APPEAL FILED DCA# 1D09-2960 |
| Request | 10/26/2009 | LETTER FROM SUPREME COURT-NO MOTION FOR REHEARING WILL BE ENTERTAINED BY THE COURT. |
| Request | 10/22/2009 | NOTICE OF SUPPLEMENTAL AUTHORITY-CONSOLIDATED WITH 08CA1755 |
| Request | 7/20/2009 | ACKNOWLEDGMENT OF NEW CASE FILED BY SUPREME COURT OF FLORIDA SC09-1231 |
| Request | 4/23/2009 | FILE MISC. ORDERS FROM SUPREME COURT - NO RESPONSE NEEDED BY CLERK SC#08-2408 DCA# 1D08-3752, 1D08-4577 |
| Request | 4/20/2009 | FILE ACKNOWLEDGMENT OF NEW CASE BY THE SUPREME COURT OF FLORIDA #SC09-668, DCA# 1D08-4577, DENYING MOTION TO TAKE JUDICIAL NOTICE AND DISMISSING |
| Request | 3/17/2009 | MOTION TO FILE SECOND SUPPLEMENT TO MOTION TO CORRECT SENTENCE/W/ MOTION TO REPRESENT SELF-NELSON HEARING - NO ACTION PER JUDGE, ORDER PREPARED |
| Request | 3/17/2009 | MOTION TO VACATE, SET ASIDE, CORRECT SENTENCE - NO ACTION TAKEN BY JUDGE |
| Request | 3/12/2009 | SUPPLEMENTAL RECORD ON APPEAL MAILED TO DISTRICT COURT, ATTORNEY GENERAL AND PAMELA PRESNELL, APD TALLAHASSEE DCA# 1D08-4577 |
| Request | 3/10/2009 | MAILED TWO (2) CERTIFIED COPIES OF CORRECTED JUDGMENT & SENTENCE TO DOC |
| Request | 3/10/2009 | ORDER STRIKING MOTION TO REPRESENT SELF-NELSON HEARING |
| Request | 3/9/2009 | PRO SE MOTION TO SUPPLEMENT MOTION TO CORRECT SENTENCE WITH MOTION TO REPRESENT SELF - NELSON HEARING |
| Request | 3/9/2009 | ORDER GRANTING DEFENDANTS MOTION TO CORRECT SENTENCE PURSUANT TO FLA. R. CRIM. P. 3.800(B)(2) AND DIRECTING CLERK OF THE COURT TO CORRECT JUDGMENT AND SENTENCE |
| Request | 2/5/2009 | MOTION TO CORRECT SENTENCING ERRORS INDER 3.800(B)(2), FLORIDA RULES OF CRIMINAL PROCEDURE |
| Request | 2/3/2009 | CORRESPONDENCE FILED |
| Request | 1/28/2009 | FILE ORDER FROM DISTRICT COURT - NO RESPONSE NEEDED BY CLERK |
| Request | 12/19/2008 | ORDER DISMISSING DEFENDANT'S PRO SE "APPLICATION FOR A WRIT OF HABEAS CORPUS" AND SUPPLEMENTS. |
| Request | 12/15/2008 | FILE ORDER FROM DISTRICT COURT DENYING REINSTATEMENT OF 1D08-3752 AND PETITION FOR WRIT ON CASE SC08-2117 TRANSFERED TO # 1D08-4577 |
| Request | 11/17/2008 | FILED DESIGNATION OF P.D., 2ND JUD CIRCUIT FOR HANDLING OF APPEAL |
| Request | 11/13/2008 | APPEAL RECORD PICKED UP BY ATTORNEY/PUBLIC DEFENDER (RECEIPT FILED) |
| Request | 11/7/2008 | RECORD ON APPEAL AND INDEX PREPARED AND MAILED TO DISTRICT CT, ATTY GENERAL & DELIVERED TO C. ROSS, APD, DCA# 1D08-4577 (2 VOLS PLUS TRIAL TRANSCRIPTS, 2 VOLS) |
| Request | 10/30/2008 | FILED TRANSCRIPT OF PROCEEDINGS HELD 2-25-2008 AND 2-27-2008 |
| Request | 10/30/2008 | FILED TRANSCRIPT OF PROCEEDINGS HELD 9-2-2008 AND 9-3-2008 (JURY TRIAL 2 VOLUMES) |
| Request | 10/24/2008 | "MOTION TO SUPPLEMENT POST TRIAL MOTION TO VACATE, SET ASIDE, CORRECT SENTENCE" |
| Request | 10/23/2008 | APPLICATION FOR A WRIT OF HABEAS CORPUS |
| Request | 10/17/2008 | PRO SE SUPPLEMENT TO PETITION FOR WRIT OF HABEAS CORPUS/W/MOTION TO VACATE, SET ASIDE, CORRECT SENTENCE |
| Request | 10/9/2008 | ORDER FROM SUPREME COURT TRANSFERING TO FIRST JUDICIAL CIRCUIT |

| | Date | Entry |
|---|---|---|
| Request | 10/9/2008 | COPY OF APPLICATION FOR WRIT OF PROHIBITION, ORIGINAL FILED IN THE SUPREME COURT FOR THE STATE OF FLORIDA |
| Request | 10/2/2008 | FILED TRANSCRIPT OF PROCEEDINGS HELD 8-18-2008 |
| Request | 10/2/2008 | FILED TRANSCRIPT OF PROCEEDINGS HELD 1-31-2008 |
| Request | 10/1/2008 | FILED TRANSCRIPT OF PROCEEDINGS HELD 7-21-2008 |
| Request | 9/26/2008 | FILED DISTRICT COURT RECEIPT LETTER, DCA # 1D08-4577 |
| Request | 9/12/2008 | NOTICE OF APPEAL & ORDER OF INSOLVENCY MAILED TO DISTRICT COURT AND ATTORNEY GENERAL |
| Request | 9/9/2008 | ORDER DIRECTING COURT REPORTER TO TRANSCRIBE DESIGNATED PROCEEDINGS |
| | 9/9/2008 | JUDGE FRANK BELL |
| Request | 9/9/2008 | FILE STATEMENT OF JUDICIAL ACTS TO BE REVIEWD AND MOTION FOR COURT REPORTER TO TRANSCRIBE DESIGNATED PROCEEDINGS BY APD C. ROSS |
| Request | 9/8/2008 | ORDER OF INSOLVENCY FILED |
| Request | 9/8/2008 | MOTION FOR ORDER OF INSOLVENCY FILED |
| Request | 9/8/2008 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED FILED |
| Request | 9/8/2008 | DIRECTIONS TO THE CLERK FILED |
| Request | 9/8/2008 | NOTICE OF APPEAL FILED BY: CHRIS ROSS, APD |
| Request | 9/4/2008 | JURY VERDICT FILED |
| | 9/3/2008 | SENTENCING JUDGE: BELL, FRANK L |
| | 9/3/2008 | INDIGENT PD APPLICATION FEE $50 |
| | 9/3/2008 | PUBLIC DEFENDER/ATTY COSTS 938.29 |
| | 9/3/2008 | COUNTY-DISC- $518 OR MORE-FELONY-GUILTY |
| | 9/3/2008 | COURT ADVISED BY CLERK THAT DEFENDANT HAS NOT COMPLETED AN AFFIDAVIT OF INDIGENT STATUS |
| Request | 9/3/2008 | LIST OF EVIDENCE FILED |
| | 9/3/2008 | FILE STATE EXHIBITS IN VAULT |
| Request | 9/3/2008 | JUDGMENT AND SENTENCE FILED |
| Request | 9/3/2008 | JURY INSTRUCTIONS FILED |
| | 9/3/2008 | DC NUMBER FROM GUIDELINES: X49222 |
| Request | 9/3/2008 | CRIMINAL PUNISHMENT CODE SCORESHEET FILED |
| Request | 9/3/2008 | JURY JUDGMENT FILED |
| Request | 9/3/2008 | TRIAL NOTES FILED(INCLUDES JURY QUESTION) |
| | 9/3/2008 | NOTIFIED JURY MANAGEMENT--MS. HEIGELE |
| | 9/3/2008 | DEFENDANT ADVISED OF RIGHT TO APPEAL(DEFT REQUESTED THAT APPEAL BE FILED) |
| | 9/3/2008 | JUDGE ORDERED PUBLIC DEFENDER LIEN IN THE AMOUNT OF $100.00 PLUS $40.00 PD APP FEE |
| | 9/3/2008 | COURT COSTS:$518.00 REDUCED TO LIEN |
| | 9/3/2008 | COURT REDUCED 6 MONTH COUNTYJAIL SENTENCE FOR CONTEMPT IMPOSED ON 9/2/2008 TO TIME SERVED |
| | 9/3/2008 | WITH CREDIT FOR---PER COURT, NO CREDIT*DUE TO REDUCTION OF CONTEMPT SENTENCE). |
| | 9/3/2008 | STATE PRISON: 1 YEAR UNDER COUNT 4, CONCURRENT WITH COUNT 1 |
| | 9/3/2008 | STATE PRISON: 5 YEARS UNDER COUNT 3, CONSECUTIVE TO COUNT 2 |
| | 9/3/2008 | STATE PRISON: 5 YEARS UNDER COUNT 2, CONSECUTIVE TO COUNT 1 |
| | 9/3/2008 | STATE PRISON: 5 YEARS UNDER COUNT 1 |
| | 9/3/2008 | THE DEFENDANT IN THIS CASE IS BEING ADDED TO THE CONVICTED FELON REPORT |
| | 9/3/2008 | ADJUDGED GUILTY |
| | 9/3/2008 | FOUND GUILTY AS CHARGED |
| | 9/3/2008 | JURY DELIBERATED FROM 1:45 PM UNTIL 2:45 PM |
| | 9/3/2008 | DEFENDANT RETURNED TO COURTROOM AT 10:40 AM. DEFENDANT'S REQUEST TO REPRSENT SELF AGAIN--DENIED |
| | 9/3/2008 | TRIAL RESUMED |
| | 9/3/2008 | DFENDANT DECIDED TO RETURN TO COURTROOM AT 10:05 AM, THEN REFUSED PRIOR TO ENTERING. |
| | 9/3/2008 | CASE TO BE TRIED IN ABSENTIA, UNTIL DEFENDANT IS ABLE TO BEHAVE IN COURTROOM. |
| | 9/3/2008 | DEFENDANT'S PRO SE MOTION TO SUPPRESS WITHDRAWN BY PD AND DENIED BY THE COURT. |
| | 9/3/2008 | COURT TERMINATED DEFENDANT'S SELF REPRESENTATION AND RE-APPOINTED THE PUBLIC DEFENDER AS COUNSEL OF RECORD. |
| | 9/3/2008 | DEFENDANT DISRUPTIVE, COMBATIVE, UNRESPONSIVE AND REFUSES TO ABEY ANY COURT INSTRUCTIONS OR RULINGS AND WAS REMOVED FROM COURTROOM AT 9:20 AM. |
| | 9/3/2008 | COURT CLERK:VM |
| | 9/3/2008 | COURT REPORTER:CB |
| | 9/3/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 9/3/2008 | DEFENSE ATTORNEY: PRO SE/C. ROSS, APD (STAND BY COUNSEL) |
| | 9/3/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 9/3/2008 | JUDGE FRANK BELL |
| Request | 9/2/2008 | SEATING CHART FILED |
| Request | 9/2/2008 | FILED PRO SE MOTION TO WITHDRAW DEMAND FOR SPEEDY TRIAL |
| Request | 9/2/2008 | FILED MOTION IN LIMINE /WITH/MOTION TO INVOKE EXCLUSIONARY RULE |
| Request | 9/2/2008 | FILED MOTION -REQUEST FOR SPECIAL WRITTEN INSTRUCTION TO JURY |

| | | |
|---|---|---|
| Request | 9/2/2008 | FILED PRO SE MOTION - REQUEST FOR JURY TO DETERMINE ATTEMPT AND LESSER INCLUDED OFFENSE AND SPECIAL WRITTEN CHARGES |
| Request | 9/2/2008 | JURY SELECTION FORM FILED |
| | 9/2/2008 | JURORS SELECTED THIS DAY: NOT SWORN. TRIAL SCHEDULED FOR WEDNESDAY, 9/3/2008 AT 9:00 AM |
| | 9/2/2008 | DEFT FOUND IN CONTEMPT OF COURT. SENTENCED TO 6 MONTHS COUNTY JAIL CONSECUTIVE TO 6 MONTHS COUNTY JAIL PREVIOUSLY SENTENCED TO FOR CONTEMPT WITH NO CREDIT. |
| | 9/2/2008 | COURT CLERK:FC |
| | 9/2/2008 | COURT REPORTER:BFS/PVP |
| | 9/2/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 9/2/2008 | DEFENSE ATTORNEY: PRO SE/ C. ROSS, APD STAND BY COUNSEL |
| | 9/2/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 9/2/2008 | JUDGE FRANK BELL |
| Request | 8/28/2008 | FILED PRO SE MOTION "FOR A CONTINUANCE" |
| Request | 8/27/2008 | FILE PRO SE AFFIDAVIT |
| Request | 8/26/2008 | FILED AMENDED PRO SE MOTION "FOR WRIT OF PROHIBITION" |
| Request | 8/26/2008 | FILED PRO SE MOTION"FOR COURT TO TAKE JUDICIAL NOTICE, MOTION FOR COURT NOT TO INTERFERE WITH PROSPECTIVE JURORS CIVIC DUTY AND PETITIONER'S CONSTITUTIONAL RIGHT TO DETERMINE CIVIC QUALIFICATION OF PROSPECTIVE JURY" |
| Request | 8/22/2008 | FILED ORDER FROM SUPRMEME COURT DISMISSING PETITION FOR WRIT OF PROHIBITION, SC08-1490 |
| Request | 8/22/2008 | FILED PRO SE MOTION FOR WRIT OF HABEAS CORPUS |
| Request | 8/22/2008 | CONTENTS OF CIRCUIT CIVIL CASE TRANSFERRED TO THIS FELONY CASE PURSUANT TO ORDER SIGNED BY JUDGE GEEKER 8/12/2008--INLCUDES PRO SE WRIT OF HABEAS CORPUS |
| | 8/21/2008 | COURT EVENT SET EVENT: JURY SELECTION DATE: 09/02/2008 TIME: 9:00 AM JUDGE: BELL, FRANK L LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| | 8/21/2008 | PASSED TO TUESDAY 9/2/2008 @ 9:00 |
| | 8/21/2008 | COURT CLERK: MPL |
| | 8/21/2008 | COURT REPORTER: SB |
| | 8/21/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 8/21/2008 | DEFENDANT APPEARED PRO SE |
| | 8/21/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 8/21/2008 | JUDGE FRANK BELL |
| Request | 8/19/2008 | FILE ORDER TRANSFERRING PETITION FOR WRIT OF HABEAS CORPUS TO DIVISION B AND CONSOLIDATING WITH CRMINAL CASE NUMBER 07-6067 |
| | 8/19/2008 | JUDGE GEEKER |
| | 8/18/2008 | LEAVE SET FOR JURY SELECTION 9/2/2008 AND DD 8/21/2008 @ 9AM TRIAL TO BE SET FOR WEDNESDAY 9/3/2008 |
| Request | 8/18/2008 | MOTION FOR/TO: CHANGE STYLE /MOTION TO QUASH DISCHARGE/ SUPPLEMENT IN SUPPORT OF GRANTING WRIT |
| Request | 8/18/2008 | MOTION FOR/TO: PAYMENT OF CIVIL LIABILITY/ MOTION TO COMPEL RETURN/PRODUCTION OF BODY/ MOTOIN FOR CONTEMPT |
| Request | 8/18/2008 | MOTION FOR/TO: QUASH / DISCHARGE |
| | 8/18/2008 | MOTION TO SUPRESS BANK WITHDRAWL SLIP UNDER ADVISEMENT HEARING TO BE HELD WITH BANK TELLER PRIOR TO TRIAL |
| | 8/18/2008 | MOTION TO DISMISS - DENIED |
| | 8/18/2008 | MOTION TO COMPEL RETURN -DENIED, NOT IN THE COURT |
| | 8/18/2008 | MOTION TO DISCHARGE DUE TO DOUBLE JEOPARDY/ MOTION TO QUASH - DENIED |
| | 8/18/2008 | DEFENSE MOTION FOR WRIT OF HABEAS CORPUS AND BEING UNLAWFULLY DETAINED (X2) - DENIED |
| | 8/18/2008 | DEFENSE MOTION FOR EXPERATION OF SPEEDY TRIAL -WITHDRAWN |
| | 8/18/2008 | HEARING HELD ON: PRE TRIAL MOTION |
| | 8/18/2008 | DEFENDANT IN CUSTODY (NOT PRESENT IN COURT) |
| | 8/18/2008 | ASSISTANT PUBLIC DEFENDER: C. ROSS AS STANDBY |
| | 8/18/2008 | PRO SE |
| | 8/18/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 8/18/2008 | JUDGE FRANK BELL |
| Request | 8/18/2008 | FILED PRO SE MOTION TO DISCHARGE |
| Request | 8/11/2008 | SUPREME COURT RECEIPT LETTER RE- PETITION FOR WRIT OF PROHIBITION, SC08-1490 |
| Request | 8/8/2008 | FILED PRO SE NOTICE OF EXPIRATION OF TIME FOR SPEEDY TRIAL |
| Request | 7/31/2008 | FILED PRO SE MOTION FOR SUBPOENAS FOR PRODUCTION OF TANGIBLE EVIDENCE |
| Request | 7/31/2008 | FILED PRO SE NOTICE OF HEARING |
| Request | 7/31/2008 | FILED PRO SE SUPPLEMENT TO MOTION TO SUPPRESS EVIDENCE DISMISS/ W/ SPECIALDEMURRER/QUASH |
| Request | 7/23/2008 | FILED ORDER ON DEFENDANT'S MOTION FOR SELF-REPRESENTATION , GRANTED |
| | 7/23/2008 | JUDGE FRANK BELL |
| Request | 7/22/2008 | CORRESPONDENCE FILED FROM STATE ATTORNEY TO DEFENDANT |
| Request | 7/21/2008 | FILE PRO SE MOTION FOR COURT TO TAKE JUDICIAL JOTICE WITH MOTION TO DISQUALIFY JUDGE |
| Request | 7/21/2008 | FILE PRO SE EMERGENCY APPLICATION FOR WRIT OF PROHIBITION/MANDAMUS CERTORARI/HABEAS CORPUS |
| | 7/21/2008 | REMAIN SET FOR 8/21/2008 @ 9:00 A.M. DOCKET DAY |
| | 7/21/2008 | COURT APPOINTS PUBLIC DEFENDER AS STAND BY COUNSEL |
| | 7/21/2008 | COURT FINDS DEFENDANT COMPETENT TO WAIVE COUNSEL AND MAY REPRESENT HIMSELF |
| | 7/21/2008 | FARETTA HEARING HELD |
| | 7/21/2008 | COURT CLERK: FC |

| | | |
|---|---|---|
| | 7/21/2008 | COURT REPORTER: (BFS) |
| | 7/21/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 7/21/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 7/21/2008 | JUDGE FRANK BELL |
| Request | 7/9/2008 | FILED PRO SE APPLICATION FOR ISSUANCE OF A WRIT OF SUPEONA DUCES TECUM AND FILE PRO SE SUPPLEMENT TO PETITION FOR WRIT OF HABEAS CORPUS |
| | 7/8/2008 | COURT EVENT SET EVENT: CRIMINAL PLEAS & MOTIONS DATE: 07/21/2008 TIME: 2:45 PM JUDGE: BELL, FRANK L LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| Request | 7/3/2008 | AMENDED NOTICE OF HEARING: FARETTA HEARING TO BE HELD 7/21/2008 @ 3 PM |
| | 7/3/2008 | COURT EVENT SET EVENT: CRIMINAL PLEAS & MOTIONS DATE: 07/16/2008 TIME: 2:00 PM JUDGE: BELL, FRANK L LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| Request | 7/1/2008 | NOTICE OF FARETTA HEARING: ON 7/16/2008 2PM RESCHEDULED TO 7/21/2008 @ 3 PM |
| Request | 6/19/2008 | CORRESPONDENCE FILED FROM DEFENDANT TO JUDGE |
| Request | 6/16/2008 | NOTICE OF DISCHARGE FROM FLORIDA STATE HOSPITAL |
| | 6/10/2008 | COURT EVENT SET EVENT: DOCKET DAY DATE: 08/21/2008 TIME: 9:00 AM JUDGE: BELL, FRANK L LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| Request | 6/10/2008 | PRO SE MOTION TO DISCHARGE COUNSEL, MOTION FOR SELF REPRESENTATION, MOTION TO DISMISS/DISCHARGE W MOTION TO HOLD MOTION TO DISMISS/ DISCHARGE IN ABEYANCE PENDING RESSLUTION OF HABEA CORPUS PLEADING AND SELF REPRESENTATION AND EVIDENTIARY HEARING |
| | 6/10/2008 | FORETTA HEARING TO BE SCHEDULED |
| | 6/10/2008 | RESET FOR JURY TRIAL: 9/2/2008 @ 9 AM AND DOCKET DAY 8/21/2008 @ 9 AM |
| | 6/10/2008 | COURT FINDS DEFENDANT COMPETENT TO PROCEED |
| | 6/10/2008 | HEARING HELD ON: COMPETENCY |
| | 6/10/2008 | COURT CLERK: RK |
| | 6/10/2008 | COURT REPORTER: DM |
| | 6/10/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 6/10/2008 | ASSISTANT PUBLIC DEFENDER: C. ROSS |
| | 6/10/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 6/10/2008 | JUDGE FRANK BELL |
| Request | 6/6/2008 | ORDER FROM DISTRICT COURT DISMISSING PRO SE PETITION FOR WRIT OF MANDAMUS (FILED IN DISTRICT COURT) DCA# 1D08-38 |
| 📄 10 | 6/2/2008 | COMPETENCY EVALUATION FILED BY DR. LEWIS DATED 5/12/2008 |
| Request | 6/2/2008 | FILED ORDER TO TRANSPORT AND NOTICE OF HEARING FOR 6/10/2008 @ 1:30 PM WITH FAX CONFIRMATION TO WARRANTS ATTACHED |
| | 6/2/2008 | JUDGE FRANK BELL |
| Request | 5/5/2008 | CORRESPONDENCE FILED FROM DCF TO JUDGE |
| Request | 4/29/2008 | FILED PRO SE PETITION FRO WRIT OF CERTORARI - FILE IN COURT FILE PER JUDGE |
| Request | 4/29/2008 | CORRESPONDENCE FILED FROM DEPARTMENT OF CHILDREN AND FAMILY SERVICES |
| Request | 4/29/2008 | FILE COPY OF JUDGE'S LETTER TO J. SMITH ESQUIRE HOSPITAL LEGAL COUNSEL |
| Request | 4/29/2008 | FILED PRO SE SUPPLEMENT TO PETITION FOR WRIT OF HABEAS CORPUS WITH PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICADUM FILE ONLY PER JUDGE |
| Request | 4/28/2008 | FILE ORDER FROM SUPREME COURT DISMISSING PRO SE FILING, SC08-776 |
| Request | 4/8/2008 | FILED NOTICE OF PETITIONER STATEMENT OF CAUSE WHY PLEADING SHOULD NOT BE DISMISS WITH APPLICABLE LAW |
| Request | 4/7/2008 | FILED ORDER FROM SUPREME COURT DISMISSING FILING, SC08-629 |
| Request | 4/2/2008 | FILED PRO SE PETITION FOR WRIT OF HABEAS CORPUS WITH MEMORANDUM OF LAW IN SUPPORT OF AND AFFIDVIT OF INDIGENCY |
| | 3/18/2008 | DEFENDANT FILED APPEAL/HABEAS IN DISTRICT COURT, DCA# 1D08-1087 (NO RECORD TO BE PREPARED) |
| Request | 3/12/2008 | CORRESPONDENCE FILED FROM DEFENDANT TO JUDGE |
| Request | 3/10/2008 | FILED TRANSCRIPT OF PROCEEDINGS HELD FEBRUARY 27, 2008 |
| 📄 5 | 3/7/2008 | PSYCHOLOGICAL EVALUATION FILED BY DR. LARSON DATED 2/26/2008 |
| Request | 3/7/2008 | FILED NOTICE OF INCOMPETENCY AND MOTION FOR CONSIDERATION OF APPOINTMENT OF SECOND EXPERT |
| Request | 3/6/2008 | NOTICE OF APPEAL/ INTERLOCATION APPEAL WITH MOTION TO TRANSMIT RECORD FILED PRO SE |
| Request | 3/4/2008 | FILED ORDER ADJUDGING DEFENDANT INCOMPETENT TO PROCEED AND COMMITMENT TO DEPARTMENT OF CHILDREN AND FAMILIES |
| | 3/4/2008 | JUDGE FRANK BELL |
| 📄 5 | 2/29/2008 | PSYCHOLOGICAL EVALUATION FILED BY DR. LARSON DATED 2/26/2008 |
| Request | 2/29/2008 | FILED NOTICE OF INCOMPETENCY AND MOTION FOR CONSIDERATION OF APPOINTMENT OF SECOND EXPERT |
| | 2/29/2008 | COURT FINDS DEFENDANT INCOMPETENT TO PROCEED DEFT. COMMITED TO DEPARTMENT OF CHILDREN AND FAMILIES |
| | 2/29/2008 | COMPETENCY HEARING HELD |
| | 2/29/2008 | COURT CLERK: HC |
| | 2/29/2008 | COURT REPORTER: CB |
| | 2/29/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 2/29/2008 | ASSISTANT PUBLIC DEFENDER: K. LABERTEW |
| | 2/29/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 2/29/2008 | JUDGE FRANK BELL |
| Request | 2/28/2008 | FILE MOTION AND ORDER DIRECTING TRANSCRIPTION OF TESTIMONY |
| | 2/28/2008 | JUDGE FRANK BELL |
| Request | 2/28/2008 | FILE ORDER GRANTING STATE'S MOTION TO TAKE DEPOSITION TO PERPETUATE TESTIMONY |

| | DATE | ENTRY |
|---|---|---|
| | 2/28/2008 | JUDGE FRANK BELL |
| Request | 2/28/2008 | FILE MOTION TO TAKE DEPOSITION TO PERPETUATE TESTIMONY BY BRIDGETTE M. JENSEN, ASA |
| | 2/27/2008 | MIRIAM, WITH DIV. B, NOTIFIED JURY ASSEMBLY TO DISCHARGE JURORS |
| Request | 2/27/2008 | EXHIBIT LIST FILED |
| | 2/27/2008 | FILE STATE EXHIBITS (IN VAULT) |
| | 2/27/2008 | SET FOR CALL 2/29/2008 AT 9:00A.M. - TO SEE IF DR. LARSON HAS SUBMITTED REPORT |
| | 2/27/2008 | TESTIMONY TAKEN OF RICHARD JAMES SCHIFFLI TO PERPETUATE TESTIMONY AT TRIAL |
| | 2/27/2008 | EVIDENTIARY HEARING ON PRO SE MOTION TO SUPPRESS DEFERRED BECAUSE OF COMPETENCY ISSUE |
| | 2/27/2008 | DEFENSE MOTION TO CONTINUE - GRANTED |
| | 2/27/2008 | DEFENSE MOTION FOR MISTRIAL - GRANTED |
| | 2/27/2008 | JURY TRIAL NOT HELD |
| | 2/27/2008 | COURT REPORTER: AS |
| | 2/27/2008 | COURT CLERK: RK |
| | 2/27/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 2/27/2008 | ASSISTANT PUBLIC DEFENDER: K. LABERTEW |
| | 2/27/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 2/27/2008 | JUDGE FRANK BELL |
| Request | 2/26/2008 | ORDER FOR/TO: APPOINTING CONFIDENTIAL EXPERT WITH OR WITHOUT INFORMED CONSENT OF DEFENDANT AND WITH RELEASE OF INFORMATION FILED |
| Request | 2/26/2008 | MOTION FOR/TO: APPOINTMENT OF EXPERT TO EVALUATE DEFENDANT |
| | 2/26/2008 | JUDGE FRANK BELL |
| Request | 2/26/2008 | MOTION FOR/TO: APPOINTMENT OF EXPERT TO EVALUATE DEFENDANT BY: K. LABERTEW APD |
| Request | 2/26/2008 | CORRESPONDENCE FILED FROM JUDGE TO DEFENDENT |
| Request | 2/25/2008 | JURY SELECTION FORM FILED |
| Request | 2/25/2008 | FILE PRO SE MOTION TO CHALLENGE PANEL AND MOTION TO DISCHARGE PANEL |
| Request | 2/25/2008 | FILE PRO SE MOTION FOR REQUEST FOR PLE AGREEMENT DISCUSSIONS |
| | 2/25/2008 | PASSED TO: 2/27/2008, 10:00 A.M., PRETRIAL MOTIONS AT 9:00 A.M. |
| | 2/25/2008 | JURY SWORN |
| | 2/25/2008 | JURORS SELECTED THIS DAY: 2/25/2008 |
| | 2/25/2008 | PD COMPLETED JURY SELECTION |
| | 2/25/2008 | PUBLIC DEFENDER RE-APPOINTED K. LABERTEW |
| | 2/25/2008 | DEFENDANT'S SELF REPRESENTATION REVOKED |
| | 2/25/2008 | COUNTY JAIL - 6 MONTHS WITH NO CREDIT TO BEGIN TODAY |
| | 2/25/2008 | DEFENDANT HELD IN DIRECT - CRIMINAL CONTEMPT OF COURT, ADJUDGED GUILTY |
| | 2/25/2008 | DEFENDANT RETURNED TO COURTROOM TO RESUME JURY SELECTION AND CONTINUES - DEFENDANT CONTINUES TO BE DISRUPTIVE |
| | 2/25/2008 | DEFENDANT REMOVED FROM JURY SELECTION FOR BEING DISRUPTIVE |
| | 2/25/2008 | ASSISTANT PUBLIC DEFENDER: K. LABERTEW (STAND BY COUNSEL) |
| | 2/25/2008 | COURT CLERK: VM |
| | 2/25/2008 | COURT REPORTER: PVP |
| | 2/25/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 2/25/2008 | JUDGE FRANK BELL |
| Request | 2/22/2008 | FILE ORDER DENYING DEFENDANT'S PRO SE MOTION FOR RECUSAL/DISQUALIFICATION OF JUDGE |
| | 2/22/2008 | JUDGE FRANK BELL |
| Request | 2/21/2008 | FILED PRO SE MOTION TO/FOR NOTICE OF HEARING, MOTION TO DISMISS, MOTION IN LIMINE WITH MOTION TO INVOKE EXCLUSIONARY RULE |
| Request | 2/20/2008 | CORRESPONDENCE FILED FROM THE JUDGE TO THE DEFENDANT |
| Request | 2/20/2008 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/15/2008 | FILED PRO SE MOTION TO WAIVE COPY RULE |
| | 2/14/2008 | COURT REPORTER: DM ; COURT CLERK: SP |
| | 2/14/2008 | PASSED TO: MONDAY, 2/25/2008 @ 9:00 AM (1ST WEEK) |
| | 2/14/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 2/14/2008 | DEFENSE ATTORNEY: PRO SE |
| | 2/14/2008 | ASSISTANT STATE ATTORNEY: B. JENSEN |
| | 2/14/2008 | JUDGE FRANK BELL |
| | 2/14/2008 | COURT EVENT SET EVENT: JURY SELECTION DATE: 02/25/2008 TIME: 9:00 AM JUDGE: BELL, FRANK L LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| Request | 2/11/2008 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/8/2008 | CORRESPONDENCE FILED MOTION TO SEQUESTER JUROR PRO SE |
| Request | 2/8/2008 | CORRESPONDENCE FILED MOTION TO SEQUESTER JURORS PRO-SE |
| Request | 2/1/2008 | FILED ORDER ON PRO SE MOTIONS |
| | 2/1/2008 | JUDGE FRANK BELL |
| Request | 1/31/2008 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 1/31/2008 | FILED PRO SE MOTION TO SUPPRESS EVIDENCE WITH MOTION TO HOLD MOTION TO SUPPRESS IN ABEYANCE PENDING RESOLUTION OF ADVERSARY PRELIMINARY EXAMINATION |

| | Date | Entry |
|---|---|---|
| | 1/31/2008 | PRO SE APPLICATION FOR ISSUANCE OF A SUBPOENA DUCES TECUM - GRANTED; AS TO VIDEO & 911 CALL- STATE TO PREPARE ORDER TO PLACE IN EVIDENCE AT JAIL |
| | 1/31/2008 | PRO SE APPLICATION FOR ISSUANCE OF SUBPOENA - WITNESSES WILL BE SUBPOENAED BY STATE AND WILL BE AT TRIAL |
| | 1/31/2008 | RESET FOR JURY TRIAL: 2/25/2008, DOCKET DAY 2/14/2008 @ 9:00 A.M. WITH DATE CERTAIN FOR JURY TRIAL OF 2/27/2008 |
| | 1/31/2008 | PRO SE DEMAND FOR SPEEDY TRIAL AND PRO SE AFFIDAVIT - GRANTED |
| | 1/31/2008 | PRO SE MOTION TO/FOR TO DISMISS (CORPUS DELICTI) SUPPLEMENT TO MOTION TO DISMISS - DENIED |
| | 1/31/2008 | PRO SE MOTION TO/FOR NOTICE OF DISCOVERY - DENIED W/THE UNDERSTANDING UPON DEFT'S REVIEW OF DISCOVERY DEFT MAY FILE A SUPPLEMENTAL NOTICE OF DISCOVERY |
| | 1/31/2008 | PRO SE MOTION TO/FOR RECONSIDER-REOPEN - DENIED |
| | 1/31/2008 | PRO SE MOTION TO/FOR ADVERSARY PRELIMINARY EXAMINATION - DENIED |
| | 1/31/2008 | HEARING HELD ON ALL PENDING MOTIONS FILED AS OF 1/28/2008 |
| | 1/31/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 1/31/2008 | COURT REPORTER: GB; COURT CLERK: SG |
| | 1/31/2008 | JUDGE: BELL; STATE ATT: B. JENSEN; DEFENSE ATT: PRO SE; |
| | 1/31/2008 | COURT EVENT SET EVENT: DOCKET DAY DATE: 02/14/2008 TIME: 9:00 AM JUDGE: BELL, FRANK L LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| Request | 1/30/2008 | PROS SE APPLICATION FOR ISSUANCE OF WRIT OF HABEAS CORPUS |
| Request | 1/28/2008 | NOTICE OF HEARING: ON ALL PENDING MOTIONS TO BE HELD 1/31/2008 @ 9 AM |
| Request | 1/25/2008 | ORDER GRANTING DEFENDANT'S MOTION FOR SELF REPRESENTATION AND PUBLIC DEF. IS APPOINTED AS STAND-BY COUNSEL |
| | 1/25/2008 | JUDGE: BELL |
| | 1/24/2008 | STATE TO REVIEW MOTIONS FILED BY DEFENDANT AND SCHEDULE FOR HEARING |
| Request | 1/24/2008 | FILE PRO SE APPLICATION FOR ISSUANCE OF A SUBPOENA DUCES TECUM |
| Request | 1/24/2008 | FILE PRO SE APPLICATION FOR ISSUANCE OF SUBPOENA |
| Request | 1/24/2008 | FILED PRO SE DEMAND FOR SPEEDY TRIAL AND PRO SE AFFIDAVIT |
| Request | 1/24/2008 | FILED PRO SE MOTION TO/FOR TO DISMISS (CORPUS DELICTI) SUPPLEMENT TO MOTION TO DISMISS |
| Request | 1/24/2008 | FILED PRO SE MOTION TO/FOR NOTICE OF DISCOVERY |
| Request | 1/24/2008 | FILED PRO SE MOTION TO/FOR RECONSIDER - REOPEN |
| Request | 1/24/2008 | FILED PRO SE MOTION TO/FOR ADVERSARY PRELIMINARY EXAMINATION |
| | 1/24/2008 | LEAVE SET FOR JURY 4/28/08 - 9 AM, DD 4/17/2008 - 9 AM |
| | 1/24/2008 | DEFENDANT WILL REPRESENT SELF. PD APPOINTED, K LABERTEW, APD - TO SERVE AS STANDBY COUNSEL. STATE TO PREPARE ORDER. |
| | 1/24/2008 | COURT WILL MAKE FINDING OF FACT THAT DEFENDANT CLEARLY UNDERSTANDS THAT HE VOLUNTARILY & KNOWINGLY WAIVED RIGHT TO ATTORNEY UNDER CONSTITUTION. |
| | 1/24/2008 | COURT REPORTER: ; ES COURT CLERK: RK |
| | 1/24/2008 | DEFENDANT IN CUSTODY (PRESENT IN COURT) |
| | 1/24/2008 | FARETTA HEARING HELD |
| | 1/24/2008 | JUDGE: ; BELL STATE ATT: ; B JENSEN DEFENSE ATT: ; K LABERTEW, APD |
| Request | 1/15/2008 | CORRESPONDENCE FILED FROM DEFENDANT |
| Request | 1/15/2008 | CORRESPONDENCE FILED FROM JUDGE TO DEFENDANT |
| Request | 1/15/2008 | CORRESPONDENCE FILED FROM DEFENDANT |
| Request | 1/15/2008 | CORRESPONDENCE FILED FROM DEFENDANT |
| Request | 1/15/2008 | NOTICE OF HEARING: FARETTA HEARING TO BE HELD 1/24/2008 @ 2 PM |
| Request | 1/11/2008 | CRIMINAL UNIFORM TRAFFIC CITATION FILED CHARGE #3: FRAUD IMPERSON-USE/POSS ID OF ANOTHER PERSON WO CO |
| Request | 1/10/2008 | CORRESPONDENCE FILED FROM DEFENDANT |
| Request | 1/10/2008 | CORRESPONDENCE FILED FROM DEFENDANT |
| Request | 1/10/2008 | CORRESPONDENCE FILED FROM DEFENDANT |
| Request | 1/8/2008 | DISCOVERY EXHIBIT FILED |
| Request | 1/2/2008 | CORRESPONDENCE FILED FROM DEFENDANT TO APD |
| | 12/31/2007 | COURT EVENT SET EVENT: DOCKET DAY DATE: 04/17/2008 TIME: 9:00 AM JUDGE: BELL, FRANK L LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| Request | 12/28/2007 | FILE NOTICE OF DISCOVERY |
| | 12/28/2007 | COURT REPORTER: LIVE; COURT CLERK: SG/VN |
| | 12/28/2007 | WAIVED ARRAIG. PLED NOT GUILTY SET FOR JURY TRIAL: 4/28/2008 @ 9:00 AM, DD 4/17/2008 @ 9:00 AM |
| | 12/28/2007 | DEFENDANT IN CUSTODY (NOT PRESENT IN COURT) |
| | 12/28/2007 | JUDGE: ALLEN ; STATE ATT: S. TAYLOR ; DEFENSE ATT: F. CARMODY, APD ; |
| Request | 12/27/2007 | FILED PRO SE MOTION TO STRIKE ANY WRITTEN/OR/ORAL WAIVER OF ARRAIGNMENT FILE BY PUBLIC DEFENDER'S OFFICE/MOTION FOR A NELSON HEARING. |
| Request | 12/21/2007 | FILE ORDER STRIKING DEFENDANT'S PRO SE MOTION TO STRIKE THE OFFICE OF THE PUBLIC DEFENDER'S WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT |
| | 12/21/2007 | JUDGE FRANK BELL |
| Request | 12/21/2007 | NO PROSECUTION FILED: POSS OF COUNTERFEITED DL AND COUNTERFEITING OF BANK BILL OR PROMISSORY NOTE, FAXED TO JAIL, CONF ATTACHED |
| Request | 12/21/2007 | INFORMATION AND DEMAND FOR NOTICE OF ALIBI FILED |
| Request | 12/13/2007 | FILED PRO SE MOTION TO STRIKE WAIVER OF ARRAIGNMENT AND MOTION FOR A NELSON HEARING |
| Request | 12/11/2007 | FILE ENTRY OF PLEA OF NOT GUILTY. |

| | DATE | ENTRY |
|---|---|---|
| | 12/10/2007 | NEW CASE AFFIDAVIT PROCESSED |
| | 12/10/2007 | COURT EVENT SET EVENT: ARRAIGNMENTS DATE: 12/28/2007 TIME: 9:00 AM JUDGE: ALLEN, MICHAEL LOCATION: M.C. BLANCHARD JUDICIAL BUILDING |
| Request | 12/6/2007 | FILE OFFENSE REPORT |
| Request | 12/6/2007 | PROVISIONAL ORDER APPOINTING PUBLIC DEFENDER FILED; P/D COPIED |
| Request | 12/6/2007 | PROBABLE CAUSE AFFIDAVIT AND ORDER FILED |
| | 12/6/2007 | PASSED TO: 12/28/2007 |
| | 12/6/2007 | BOND SET AT: $50,000 C/P |
| | 12/6/2007 | PUBLIC DEFENDER APPOINTED |
| Request | 12/6/2007 | ARREST REPORT FILED |
| | 12/6/2007 | ORIGINAL ARREST DATE: 12/05/2007 |
| Request | 12/6/2007 | INITIAL VIDEO APP HELD FOR ORIGINAL CHARGES WITH THE FOLLOWING ACTION TAKEN BY THE COURT ON 12/6/2007 |
| | 12/6/2007 | JUDGE ACKERMAN |



Florida First District Court of Appeal Docket

Case Docket

Case Number: 1D08-4577

Final Criminal Judgment and Sentence Notice from Escambia County

Sidney Marts, Jr vs. State of Florida

Lower Tribunal Case(s):2007-6067 CFA

Right-click to copy shortcut directly to this page (/DCAResults
/CaseByYear?CaseYear=2008&CaseNumber=4577&Court=1)

| List of Abbreviations | | Printer Friendly View |

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 09/19/2008 | ORD-L.T. INSOLVENCY OR INDIGE. | | appt pd |
| 09/19/2008 | Notice of Appeal Filed | Chris J. Ross, A.P.D. 0045690 | |
| 09/22/2008 | Notice of Appeal / Acknowledgement letter | | |
| 10/01/2008 | Docketing Statement | | AA Chris J. Ross, A.P.D. 0045690 |
| 11/14/2008 | Index | | to record |
| 11/14/2008 | Received Records | | 4 volumes |
| 11/14/2008 | Received Exhibits | | 1 brn SEALED env in vault |
| 11/20/2008 | Designation of 2nd Public Defender | | Nancy Daniels |
| 12/04/2008 | Miscellaneous Motion | | to file supp brf w/mot to hold in abeyance-conditionally vacate conviction, sentence w/remand for evid hrg 12/11/08 JSW let to apd |
| 12/04/2008 | Mot. for Extension of time to file Initial Brief | Pamela D. Presnell 0603708 | |
| 12/08/2008 | Miscellaneous Order | | **in 08-3752** Order from S.C. transferring pet writ of cert for consideration in conttext of Marts v. State 1D08-4577. |
| 12/08/2008 | Petition for Certiorari Filed | | **in 08-3752** transferred from Supreme Court |

| | | | |
|---|---|---|---|
| 12/10/2008 | Grant Initial Brief Extension | | |
| 12/12/2008 | Miscellaneous Order | | This court has considered the petition for writ of certiorari, which was treated by the Florida Supreme Court as a petition for writ of mandamus and transferred to this court for consideration in the context of Marts v. State, case number 1D08-4577. The petition will be treated by this court as seeking reinstatement of case number 1D08-3752. That case was commenced on July 28, 2008, by the filing of a petition for writ of prohibition. There was no action on that petition on the merits until October 16, 2008, when petitioner was certified as indigent and the filing fee waived. On October 17, 2008, prohibition was denied because the double jeopardy issue could be raised on appeal from judgment and sentence (which had been imposed in the interim) in case number 1D08-4577. This court finds that its disposition of case number 1D08-3752 was correct both because the circuit court had acted by entering judgment and sentence and because the appeal from judgment and sentence in case number 1D08-4577 provides an adequate legal remedy. See English v. McCrary, 348 So. 2d 293 (Fla. 1977). The request for reinstatement of case number 1D08-3752 is therefore denied and relief sought in the petition for writ of certiorari in case number SC08-2117, transferred to this court, is hereby denied. |
| 12/24/2008 | ORIGINAL PETITION | ORIGINAL PETITION | |
| 12/24/2008 | Acknowledged Receipt from Supreme Court | ORIGINAL PETITION | |
| 01/20/2009 | Mot. for Extension of time to file Initial Brief | Pamela D. Presnell 0603708 | |
| 01/21/2009 | Order Transferring from Supreme Court | | ord trans mandamus to 1st dca to be considered w/08-4577 |

| | | | |
|---|---|---|---|
| 01/27/2009 | Miscellaneous Order Denying | | The court has considered the petition for writ of certiorari, which was treated by the Florida Supreme Court as a petition for writ of mandamus and transferred to this court for consideration in the context of case number 1D08-4577. The petition will be treated by this court as seeking rehearing or reinstatement of case number 1D08-3483. That case was commenced on July 16, 2008, by the filing of a petition for writ of habeas corpus and other relief. On December 8, 2008, the petition was dismissed in light of the pendency of the direct appeal from judgment and sentence (which had been imposed in the interim) in case number 1D08-4577. This court finds that its disposition of case number 1D08-3483 was correct because the appeal pending in case number 1D08-4577 is the proper and adequate remedy, and habeas corpus may not be used as a substitute for an appeal. See Siplen v. State, 963 So. 2d 317 (Fla. 5th DCA 2007). Accordingly, the request for rehearing or reinstatement of case number 1D08-3483 is denied, and relief sought in the petition for writ of certiorari in case number SC08-2461, transferred to this court, is hereby denied. |
| 01/27/2009 | Grant Initial Brief Extension | | |
| 02/03/2009 | Notice of Sentencing Error | Pamela D. Presnell 0603708 | notedkr |
| 03/16/2009 | Supplemental Records | | 1 volume |
| 03/17/2009 | Notice of Filing | Pamela D. Presnell 0603708 | |
| 03/17/2009 | Miscellaneous Motion | | filed by Sidney Marts - mot to dismiss PD |
| 03/19/2009 | Miscellaneous Motion | | mo to supp mo to file supp brf |
| 03/23/2009 | Mot. for Extension of time to file Initial Brief | Pamela D. Presnell 0603708 | |
| 03/24/2009 | AA/PT Srv Filing/Supp Cert Serv-Rule Att | | serv mot to supp mot to file supp brf on PD |
| 03/31/2009 | Deny Miscellaneous Motion | | Appellant's pro se motion to discharge counsel, filed March 17, 2009, is denied. See Martinez v. Court of Appeal of California, 528 U.S. 152 (2000); Davis v. State, 789 So. 2d 978 (Fla. 2001). |
| 04/01/2009 | Notice of Filing | Sidney Marts, Jr | supp cert of service notedkp |
| 04/07/2009 | Grant Init Brf Ext-No Fur EOT Unless Extraord | | |
| 04/13/2009 | ORIGINAL PETITION | ORIGINAL PETITION | |

| 04/16/2009 | Deny Miscellaneous Motion | | Pro se appellant's motion to supplement motion to file supplemental brief and for other relief, filed March 19, 2009, and motion to take judicial notice and for other relief, filed April 1, 2009, are denied. |
|---|---|---|---|
| 04/16/2009 | Acknowledged Receipt from Supreme Court | ORIGINAL PETITION | |
| 04/16/2009 | Supreme Court Disposition | ORIGINAL PETITION | dismissed |
| 04/17/2009 | NOTICE OF DISCRETN. JURISDICTN | NOTICE OF DISCRETN. JURISDICTN | |
| 04/17/2009 | Review Sent to Supreme Court | NOTICE OF DISCRETN. JURISDICTN | |
| 04/17/2009 | Miscellaneous Motion | Sidney Marts, Jr | mo to disqualify entire court |
| 04/17/2009 | Miscellaneous Motion | Sidney Marts, Jr | mo to amend/alter rendition of order |
| 04/22/2009 | Acknowledged Receipt from Supreme Court | NOTICE OF DISCRETN. JURISDICTN | |
| 04/22/2009 | Supreme Court Disposition | NOTICE OF DISCRETN. JURISDICTN | dismissed |
| 04/27/2009 | Mot. for Extension of time to file Initial Brief | Pamela D. Presnell 0603708 | emergency |
| 04/30/2009 | Deny Miscellaneous Motion | | Appellant's pro se motions filed April 17, 2009, seeking disqualification of the judges of this court and amendment/alteration of rendition of an order, are sua sponte stricken. Fla. R. Jud. Admin. 2.515(a). |
| 05/04/2009 | Grant Init Brf Ext-No Fur EOT Unless Extraord | | |
| 05/15/2009 | Petition Habeas Corpus | Sidney Marts, Jr | stricken |
| 05/19/2009 | Strike Motion as Unauthorized | | Appellant's pro se application for writ of habeas corpus, filed May 15, 2009, is sua sponte stricken. Fla. R. Jud. Admin. 2.515(a). |
| 05/27/2009 | Initial Brief on Merits | Pamela D. Presnell 0603708 | Copy in B Directory |
| 05/29/2009 | Motion For Rehearing | Sidney Marts, Jr | clarification |

| 05/29/2009 | Motion For Leave To File Amended Brief | Pamela D. Presnell 0603708 | |
| 05/29/2009 | Amended Initial Brief | Pamela D. Presnell 0603708 | Copy in B Directory |
| 06/15/2009 | Grant Motion File Amended Initial Brief | | |
| 06/18/2009 | Strike Motion as Unauthorized | | Appellant's pro se motion for rehearing, filed May 29, 2009, is hereby stricken as unauthorized. The court notes that appellant is represented by the Office of the Public Defender for the Second Judicial Circuit. |
| 06/23/2009 | Mot. for Extension of time to file Answer Brief | Thomas H. Duffy 0470325 | |
| 07/13/2009 | Grant Answer Brief Extension | | Appellee's motion filed June 23, 2009, is granted and the answer brief shall be filed no later than September 21, 2009. |
| 09/21/2009 | Appellee's Answer Brief | Thomas H. Duffy 0470325 | Copy in B Directory |
| 11/02/2009 | CASE SCANNED | | Scanned to this date (Briefs and Records only) |
| 12/23/2009 | Affirmed - Per Curiam Affirmed | | |
| 01/20/2010 | Case Closed | | |
| 01/20/2010 | West Publishing | | |
| 01/20/2010 | Circuit Court Mandate | | |
| 01/20/2010 | Court / Agency Mandate Cover Letter | | |
| 01/20/2010 | ORIGINAL PETITION | ORIGINAL PETITION | |
| 05/17/2010 | Returned Records | | 1 index, 5 volumes & 1 brn env SEALED via fed ex |
| 06/15/2010 | ENTIRE FILE BATCH SCANNED | | |
| 10/20/2014 | Case Destroyed | | |

List of Abbreviations    Printer Friendly View

This site is best viewed using Chrome, Firefox, Edge, or Internet Explorer version 11.0.50 or higher.