UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


SIDNEY MARTS,

     Petitioner,

v.                                                                      Case No. 3:20cv5545-LC-HTC

SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS,

     Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2020 (ECF No. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF Doc. 7) is adopted and incorporated by reference in this order.

2.    The petition, ECF Doc. 1 is DISMISSED under Habeas Rule 4.

3.    A certificate of appealability is DENIED.

4.    The Clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of August, 2020.


_s/L.A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5545-LC-HTC